USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

TUFAMERICA, INC.,

        Plaintiff,                  11 CIV 7156 (RA)

v.

DAVID WILLIS, DANTE SMITH,
and DAMON DASH

        Defendants.
------------------------------------------------------x

### JUDGMENT FOR ATTORNEY'S FEES AS TO DEFENDANT DAMON DASH

WHEREAS Final Judgment in this case was awarded in favor of TufAmerica and against defendant Damon Dash for $6000.00 and other relief on May 28, 2013, which amount did not include attorneys' fees or costs;

WHEREAS, on June 13, 2013, TufAmerica filed a motion seeking an award of certain of its attorneys' fees;

WHERAS, on November 7, 2013, TufAmerica's motion was granted as against defendant Damon Dash in the amount of $17,050.00;

now it is

ORDERED, ADJUDGED, AND DECREED as among the parties hereto, pursuant to Rule 58 of the Federal Rules of Civil Procedure, as follows:

1

1. The Court awards TufAmerica its attorney's fees pursuant to 17 USC §505 as against defendant Dash in the amount of Seventeen Thousand Fifty Dollars ($17,050.00).

2. Defendant Dash is hereby ordered to pay TufAmerica, in addition to any other amounts that may be due pursuant to the Final Judgment entered in this case, the total of Seventeen Thousand Fifty Dollars ($17,050.00) exclusive of post-judgment interest.

ENTERED this 14th day of Novem, 2013

Ronnie Abrams
United States District Judge

2